**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

RECEIVED
USMS PRIS OPS
BALTIMORE, MD
2010 JUL 21 P 4: 20

**UNITED STATES OF AMERICA** *

**vs.** * **Case No. 10-2638JKB**

**MICHAEL MARTIN** *

******

**ORDER FOR MEDICAL EVALUATION**
**AND APPROPRIATE TREATMENT OF DETAINEE**

The Defendant and/or counsel having reported that the Defendant suffers from the following conditions and/or has been prescribed the following medications:

* SEIZURE DISORDER (BRAIN INJURY)
- PRESCRIBED "TEGRETOL" 400 mg 3x/day

and the Court having the following additional concerns: - Also "CELEXA", 40 mg 1x/day
- Also "LAMICTIL" 100 mg 1x/day

Recently hospitalized re: this disorder

IT IS ORDERED that the United States Marshal and/or his contracting agencies:

1. Cause the Defendant to promptly receive an evaluation by an appropriate health care provider:

2. Cause the Defendant to receive care and treatment consistent with the standard of care for the illness(es) and/or condition(s) revealed by the evaluation;

3. Make appropriate records and reports concerning the above illnesses, conditions, and treatment, and, if requested, provide the same to the Court; and

4. Deliver a copy of this order to the personnel in charge of the Defendant at the place of detention.

July 21, 2010
Date

James K. Bredar
JAMES K. BREDAR
UNITED STATES MAGISTRATE JUDGE